IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUSTIN COLEMAN, *as Special Administrator for the Estate of Melissa Coleman*,

    Plaintiff,

    v.

FILIMON GHEBREMEHARI, *deceased*, and ELU TRUCKING, LLC,

    Defendants.

Case No. 19-cv-1244-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In a November 25, 2019, order (Doc. 15), the Court noted that the notice of removal indicates defendant Filimon Ghebremehari is deceased. The Court reminded the parties that, pursuant to Federal Rule of Civil Procedure 25(a)(1), any party had 90 days from service of a statement noting the death of a party to file a motion to substitute a proper party. The Court further warned that if such motion is not filed within 90 days of service of the notice of removal, any and all claims against the decedent would be dismissed with prejudice. No party has moved to substitute a proper party for Ghebremehari within the time provided by Rule 25(a)(1). Accordingly, as it warned it would, the Court **DISMISSES** all claims in this case against Ghebremehari **with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Ghebremehari is terminated as a defendant in this case.

**IT IS SO ORDERED.**
**DATED: February 19, 2020**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**