**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

AUSTIN COLEMAN, *as Special Administrator for the Estate of Melissa Coleman*,

Plaintiff,

v.

FILIMON GHEBREMEHARI, *deceased*, and ELU TRUCKING, LLC,

Defendants.

Case No. 19-1244 JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 43). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: February 9, 2021

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE